Supreme Court of Pennsylvania.

March 29, 2005.

■

**James CROOP, Petitioner,**

v.

**UGI CORPORATION, Respondent,**

**James Croop**

v.

**UGI Corporation**

v.

**Alex and Mary Brezinski**

**Petition of Estate of James Croop, by and through Marilou C. Kaye, Surviving Executrix.**

Supreme Court of Pennsylvania.

March 29, 2005.

## ORDER

PER CURIAM.

AND NOW, this 29th day of March, 2005, the Petitions for Allowance of Appeal are hereby granted, limited to the following issue:

Whether the Superior Court erred in reversing the trial court's punitive damages award when the evidence supported the punitive damages award?